# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ALMA SANCHEZ PALACIOS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:16-CV-647
CRIM. NO. 2:15-CR-00183
JUDGE JAMES L. GRAHAM
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On December 15, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate sentence pursuant to 28 U.S.C. § 2255 be denied. (ECF No. 145.) Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 145) is **ADOPTED** and **AFFIRMED**. The motion to vacate sentence pursuant to 28 U.S.C. § 2255 (ECF No. 130), as supplemented by the *Addendum* (ECF No. 137) is denied, and this action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Date: January 11, 2017

                                                   s/James L. Graham
                                                   JAMES L. GRAHAM
                                                   United States District Judge